IN THE UNITED STATES DITRICT COURT FOR THE DISTRICT OF MARYLAND

GENEEN W PRYOR

    Plaintiff

Vs.

E. Spire Communications, Inc.

    Defendant

Case No. MJG 01-~~1987~~ 1997

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Gene Pryor, by the undersigned attorney hereby dismiss this cause of action without prejudice, the Defendant has filed no answer.

Respectfully submitted,

Norris C. Ramsey, P.A.
2122 Maryland Avenue
Baltimore, MD 21218
410-752-1646

Approved this 18th day of July 2001

Marvin J. Garbis
United States District Judge